# INDEX TO UNPUBLISHED CASES

Page

Miller v. 3M Co., No. 5:12-CV-00620-BR, 2013 U.S. Dist. LEXIS 46592 (E.D.N.C. April 1, 2013) (unpublished). Cited in Relator's Memorandum in Opposition to Defendant's Motion to Dismiss......................................................................................................... 7

United States ex rel. Howard v. Harper Construction Co., No. 7:12-CV-215-BO (E.D.N.C. Feb. 20, 2015) (unpublished). Cited in Relator's Memorandum in Opposition to Defendant's Motion to Dismiss......................................................................................................... 10

U.S. ex rel. Thomas v. Black & Veatch Special Projects Corp., No. 11-2475-CM, 2013 U.S. Dist. LEXIS 104826 (D. Kan. July 26, 2013) (unpublished). Cited in Relator's Memorandum in Opposition to Defendant's Motion to Dismiss......................................................................................................... 11

U.S. ex rel. Grupp v. DHL Express (USA), Inc., No. 08-CV301C, 2014 U.S. Dist. LEXIS 128169 (W.D.N.Y. Sept. 11, 2014) (unpublished). Cited in Relator's Memorandum in Opposition to Defendant's Motion to Dismiss......................................................................................................... 17

U.S. ex rel. Shemesh v. CA, Inc., No. 09-1600, 2015 U.S. Dist. LEXIS 41012 (D.D.C. March 31, 2015) (unpublished). Cited in Relator's Memorandum in Opposition to Defendant's Motion to Dismiss......................................................................................................... 20,21

Si v. Laogai Research Found., 2014 U.S. Dist. LEXIS 146079 (D.D.C. Oct. 14, 2014) (unpublished). Cited in Relator's Memorandum in Opposition to Defendant's Motion to Dismiss......................................................................................................... 26

U.S. ex rel. Petras v. Simparel, Inc., No. 13-2415, 2015 U.S. Dist. LEXIS 8426 (D.N.J. Jan. 26, 2015) (unpublished). Cited in Relator's Memorandum in Opposition to Defendant's Motion to Dismiss......................................................................................................... 26

U.S. ex rel. Rockey v. Ear Inst. Of Chi., LLC, No. 11 C 7258, 2015 U.S. Dist. LEXIS 39773 (N.D. Ill. March 25, 2015) (unpublished). Cited in Relator's Memorandum in Opposition to Defendant's Motion to Dismiss......................................................................................................... 26

U.S. ex rel. Compton v. Circle B Enterprises, Inc., No. 7:07-cv-32 (HL), 2011 U.S. Dist. LEXIS 10949 (M.D. Ga. Feb. 3, 2011) (unpublished). Cited in Relator's Memorandum in Opposition to Defendant's Motion to Dismiss......................................................................................................... 29

U.S. ex rel. Compton v. Circle B Enterprises, Inc., No. 7:07-cv-32 (HL), 2010 U.S. Dist. LEXIS 22749 (M.D. Ga. March 11, 2010) (unpublished). Cited in Relator's Memorandum in Opposition to Defendant's Motion to Dismiss......................................................................................................... 29