IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| United States, *ex rel.* RICKEY HOWARD, BRINGING THIS ACTION ON BEHALF OF THE UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>v.<br><br>CADDELL CONSTRUCTION COMPANY, INC., an Alabama Corporation; W.G. YATES & SONS CONSTRUCTION COMPANY, a Mississippi Corporation; JULIAN MARIE BRESLOW; and DAVID J. VALDINI & ASSOCIATES, P.A.,<br><br>Defendants. | Case No.:7:11-cv-270-H<br><br>*INDEX OF EXHIBITS TO RELATOR'S SECOND AMENDED COMPLAINT* |

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| 1 | Solicitation, Offer, and Award for NAVFAC Mid-Atlantic Solicitation Number: N4008508R1404 |
| 2 | Pompano Masonry base bid to Caddell Yates JV for the masonry subcontract on the Wallace Creek Phase I project |
| 3 | Caddell Yates JV cover letter transmitting the draft masonry subcontract to Pompano Masonry |
| 4 | February 24, 2009 email informing that Pompano Masonry's attorney (David Valdini) was reviewing the contract |
| 5 | Joseph Canitano's email responding that he would be signing the contract |
| 6 | Fully executed Pompano Masonry subcontract |
| 7 | Clint Bledsoe's email regarding the May draw request |
| 8 | Pompano Masonry's Extra Work Order dated May 25, 2009 |
| 9 | Articles of Organization for Breslow Construction as filed with the Florida Secretary of State |
| 10 | Michael Ridgway's June 25, 2009 email transmitting Pompano Masonry's Application for Payment, Draw No. 1, to Joseph Canitano |
| 11 | Joseph Canitano's July 17, 2009 email transmitting Pompano Masonry's Application for Payment, Draw No. 2, to Clint Bledsoe |

| | |
|---|---|
| 12 | Joseph Canitano's July 17, 2009 email to Cleet McHenry |
| 13 | Diana McGraw's July 17, 2009 Email to Joe Canitano |
| 14 | Valdini's July 21, 2009 letter certifying Breslow Construction's WOSB status |
| 15 | Joseph Canitano's email dated July 23, 2009 regarding fee to create Breslow Construction |
| 16 | Clint Bledsoe's email dated July 23, 2009 regarding changes to Pompano Masonry subcontract |
| 17 | Fully executed Breslow Construction subcontract |
| 18 | Corporate email address listings for Breslow Construction and for Pompano Masonry |
| 19 | Joe Canitano letter dated September 8, 2009 to Cleet McHenry identifying himself as VP of Breslow Construction |
| 20 | Joe Canitano email dated December 7, 2009 to Cleet McHenry identifying himself as VP of Pompano Masonry Corporation |
| 21 | John Rawlings email and attachment dated March 23, 2010 forwarded to Dennis Molina at Yates identifying himself as the Corporate Safety Director for both Breslow and Pompano |
| 22 | Email from Tonya Tucker to Luis Torres, dated May 20, 2010 |
| 23 | Email from Mark Smith to Rickey Howard dated September 14, 2010 |
| 24 | Caddell Yates JV EEOC notification dated June 11, 2010, and Howard's response for Pompano Masonry |
| 25 | Broward County, Florida, Property Assessor's records showing parcels owned by Pompano Masonry |
| 26 | Series of change orders by Breslow Construction to Pompano Masonry |
| 27 | Breslow Construction's 7th draw request |
| 28 | Composite exhibit showing that several of these second-tier subcontractors/suppliers were already second-tier subcontractors/suppliers to Pompano Masonry before Breslow Construction was even formed |
| 29 | David Valdini's November 12, 2010, letter to Caddell Yates JV |
| 30 | Ward & Smith Notice of Default and Claim dated November 19, 2010 to Caddell Yates JV |
| 31 | Complaint asserting Breslow Construction's Miller Act Claim against Caddell Yates JV and others |
| 32 | Ty McDonough's March 28, 2011 Declaration |
| 33 | Caddell Yates JV's Answer to Breslow Construction's Miller Act Claim |
| 34 | Miller Act Arbitration Award (relevant pages only) |
| 35 | Individual Subcontracting Report dated March 26, 2010 |
| 36 | Composite exhibit of Individual Subcontracting Reports from October, 2010 – October, 2013 |
| 37 | Individual Subcontracting Report dated April, 2014 |

| | |
|---|---|
| **38** | Joseph Yates email dated February 24, 2009 to Beth Sanchez and Clint Bledsoe |
| **39** | Dick Fitzgibbons email dated April 6, 2009 to Clint Bledsoe, Richard Gurner, Wes Turner, Sid Adams, Stephen Strickland, Cleet McHenry, Tim Plunkett, and Jim Phillips, Sr. |
| **40** | April 17, 2009 email chain between Clint Bledsoe, Richard Gurner, Wes Turner, Sid Adams, Stephen Strickland, Cleet McHenry, Tim Plunkett, Jim Phillips, Sr., Del Buck, Doug Potterfield, and Frank Bean |
| **41** | April 27, 2009 email from Dick Fitzgibbons to Mark Smith, Cleet McHenry, Clint Bledsoe, Richard Gurner and Wes Turner |
| **42** | April 27-28, 2009 email chain between Sid Adams, Del Buck, Clint Bledsoe, Cleet McHenry, Dick Fitzgibbons, Richard Gurner, Wes Turner, Sid Adams, Stephen Strickland, Cleet McHenry, Tim Plunkett, and Jim Phillips, Sr. |
| **43** | May 28, 2009 email from Clint Bledsoe to Rick Stratton |
| **44** | June 4-5, 2009 email chain between Clint Bledsoe and Eddie Foy |
| **45** | June 5, 2009 email from Eddie Foy to Clint Bledsoe |
| **46** | June 11, 2009 email chain between Dick Fitzgibbons, Cleet McHenry, Clint Bledsoe, Mark Smith, and Richard Gurner |
| **47** | July 16, 2009 email from Clint Bledsoe to Dick Fitzgibbons |
| **48** | May 18, 2009 Subcontract from MPi to Baker Roofing |
| **49** | June 2, 2009 Subcontract from CYJV to MPi |
| **50** | June 5, 2009 letter from MPi to Baker Roofing signed by Tom Newton |
| **51** | June 15, 2009 letter from MPi to Precision Walls signed by Tom Newton |
| **52** | Check request breakdown for the MPi Business Solutions/McComb Glass payment for 7/16/2010-8/15/2010 |
| **53** | October 19, 2009 email chain between Lisa Stokes, Amy Smith and Clint Bledsoe |
| **54** | Baker Roofing Preliminary Impact Analysis |
| **55** | Precision Walls Preliminary Impact Analysis |
| **56** | August 3-5, 2009 email chain between Clint Bledsoe, Eddie Foy, Tom Newton and Cleet McHenry |
| **57** | August 13, 2009 email chain between Clint Bledsoe, Joey Knoll and Tom Newton |
| **58** | May 4, 2010 email chain between Clint Bledsoe and Eddie Foy |
| **59** | September 30, 2009 email chain between Clint Bledsoe and Eddie Foy |
| **60** | October 12, 2010 email chain between Clint Bledsoe and Dan Hawk |
| **61** | August 27, 2010 email from Clint Bledsoe to Cindy Shepherd |