IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| United States, *ex rel.* RICKEY HOWARD, BRINGING THIS ACTION ON BEHALF OF THE UNITED STATES OF AMERICA, Plaintiffs, v. CADDELL CONSTRUCTION COMPANY, INC., an Alabama Corporation; W.G. YATES & SONS CONSTRUCTION COMPANY, a Mississippi Corporation; JULIAN MARIE BRESLOW; and DAVID J. VALDINI & ASSOCIATES, P.A., Defendants. | Case No.:7:11-cv-270-H<br><br>***INDEX OF EXHIBITS TO RELATOR'S* MOTION TO STRIKE DEFENDANTS' EXPERTS** |
|---|---|

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| A | **CV OF PATSY REEVES** |
| B | **CV OF ROBERT BURTON** |
| C | **DOD DIRECTIVE** |
| D | **REEVES EXPERT REPORT** |
| E | **BURTON EXPERT REPORT** |