# EXHIBIT C



# U. S. Department of Justice

**John Stuart Bruce**
*United States Attorney*
*Eastern District of North Carolina*

*Terry Sanford Federal Building*  *Telephone (919) 856-4530*
*310 New Bern Avenue*  *Criminal FAX (919) 856-4487*
*Suite 800*  *Civil FAX (919) 856-4821*
*Raleigh, North Carolina 27601-1461*  *www.justice.gov/usao-ednc*

November 17, 2016

Charles H. Rabon, Jr.
Rabon Law Firm, PLLC
225 East Worthington Avenue, Suite 100
Charlotte, NC 28203

D.J. O'Brien III
Brooks Pierce McLendon Humphrey & Leonard, LLP
2000 Renaissance Plaza
230 North Elm Street
Greensboro, NC 27401

Frank W. Trapp
Phelps Dunbar LLP
4270 I-55 North
Jackson, MS 39211

Julia Marie Breslow
Federal Prison Camp Alderson
P. O. Box A
Alderson, WV 24910

   Re: <u>Rickey Howard v. Caddell Construction Company,
     Inc.</u> et al, Case No. 7:11-CV-270H (E.D.N.C.)

Counsel and Ms. Breslow,

  We have discovered an inadvertent disclosure of attorney work product in the prior materials sent to you under the cover letter dated November 9, 2016. Specifically, the document at pages 7850 to 7904 of the PDF file (Bates stamped 11016 to 11070) should not have been included in the production. Enclosed please find a CD without these pages. We ask that you confirm (via email) destruction of the prior CD and deletion and/or destruction of any copies of the inadvertently disclosed attorney work product.

The enclosed compact disk is encrypted. The password will be sent by separate correspondence.

Thank you in advance for your cooperation.

Sincerely,

JOHN STUART BRUCE
United States Attorney

JOSHUA B. ROYSTER
Assistant United States Attorney
Civil Division

JBR:amh
Encls.

cc: AUSA David Bragdon (via e-mail only)
(David.Bragdon@usdoj.gov)
Special Agent Jeremy Wiesel, Defense Criminal
Investigative Service
(via e-mail only) (Jeremy.Wiesel@DODIG.MIL)