# EXHIBIT C

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION


UNITED STATES, ex rel.
RICKEY HOWARD, BRINGING
THIS ACTION ON BEHALF OF
THE UNITED STATES OF
AMERICA

                                          PLAINTIFF


VS.                    CASE NO. 7:11-cv-270-H


CADDELL CONSTRUCTION
COMPANY, INC., an Alabama
Corporation; W.G. YATES &
SONS CONSTRUCTION
COMPANY, a Mississippi
Corporation and JULIAN
MARIE BRESLOW

                                          DEFENDANTS




DEPOSITION OF CLEETUS MCHENRY

Taken at the instance of the Plaintiffs, at Phelps
Dunbar at 4270 I-55 North, Jackson, Mississippi, on
Thursday, April 6, 2017, beginning at 9:00 a.m.



REPORTED BY:  Robin G. Burwell, CSR #1651
                Brooks Court Reporting, Inc.
                12 Lakeland Circle, Suite A
                Jackson, Mississippi 39216

Page 298
Cleetus McHenry 4/6/2017

```
 1   6:08 p.m.
 2        Q.   (By Mr. Rabon)  Mr. McHenry, we've talked
 3   a bit about a Mark Smith, who was the vice president
 4   over the Jackson office.  And that he at some point
 5   left and did a project in Mexico.
 6        A.   He left Jackson.
 7        Q.   He left Jackson.  Do you not know where he
 8   went after that?
 9        A.   Yes, I do.
10        Q.   Where did he go?
11        A.   He remained with Yates.  He basically gave
12   up being the division manager in Jackson to go and
13   open a office in Mexico to build a large Nissan
14   plant.
15        Q.   What was his job -- what was his rank or
16   title down there?
17        A.   The same.  My understanding it was the
18   same.  It was a lateral move.
19        Q.   Was he invited to go down there?
20        A.   I believe so.
21        Q.   And at some point, though, he's left the
22   company?
23        A.   Well, after he finished in Mexico, he went
24   out to Nevada on a -- I believe it was called
25   Project Tiger or Project X, which was the -- what's
```

1  the battery operated car?
2      Q.   Tesla?
3      A.   Tesla.  Rebuild the Tesla facility as
4  program manager out there.  So he went out and did
5  that and that -- once we helped them get that
6  project started, they decided that instead of
7  staffing it up with Yates people, they wanted to
8  hire people on their side.  So we acted as a program
9  manager through that transition period.  I think
10 they stayed out there a couple of years, maybe.  And
11 we may even still have somebody out there.
12     Q.   So that battery plant construction project
13 started as a Yates project but then it was handed
14 over to the owner?
15     A.   Well, Yates was -- we were hired as
16 program managers not as construction managers or
17 contractors was my understanding.  So we provided
18 professional staff, project managers,
19 superintendents in that capacity not as -- I don't
20 think Yates held any of the subcontracts on that
21 project.
22     Q.   And did Mr. Smith then go to work for the
23 owner at that point?
24     A.   No, he didn't.
25     Q.   Did he -- what were the circumstances of

```
 1   him leaving Yates all together?
 2       A.   My understanding is that -- and this is
 3   speculation.  My understanding is that Mark wanted
 4   to go to work on one of the big projects in Vegas
 5   that we actually chased as a contractor, and we were
 6   not successful on that.  And shortly after, he went
 7   to work with the company that was successful.
 8       Q.   Do you know the name of that company?
 9       A.   I believe it's AE Com.
10       Q.   AE Com?
11       A.   Yes.
12       Q.   You testified earlier -- I asked you about
13   in current government projects that Yates is
14   involved with, either singularly or as a joint
15   venture, does it continue to do business through
16   subcontractors who were paid a one or two or
17   two-and-a-half or three percent fee to be involved
18   in a contract that is performed by a large business.
19   You said we don't do business by that method anymore
20   or words similar to that.  Do you recall that
21   testimony?
22       A.   I don't think I said that, but I said
23   something similar to that.
24       Q.   You used the word method.  Method was a
25   word that you used.
```