UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:11-CV-270-H

| | |
|---|---|
| United States, *ex rel.* RICKEY HOWARD, <br><br> Plaintiff, <br><br> v. <br><br> CADDELL CONSTRUCTION COMPANY, INC., *et al.* <br><br> Defendants. | **ORDER GRANTING CONSENT MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTIONS** |

For good cause shown and with the consent of the Relator-Plaintiff, it is hereby ordered that the Motion for Extension of Time filed by Defendants Caddell Construction Co., Inc. and W.G. Yates & Sons Construction Company's is granted, and the deadline for the parties to file and serve dispositive motions is extended 14 days to and including January 23, 2018.

SO ORDERED, this the \_\_\_\_\_ day of January 2018.

_____