UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| United States, *ex rel.* RICKEY HOWARD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 7:11-CV-270-H-KS |
| | ) | |
| CADDELL CONSTRUCTION COMPANY, INC., *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' SUGGESTION OF SUBSEQUENTLY DECIDED AUTHORITY**

Defendants Caddell Construction Company, Inc. and W.G. Yates & Sons Construction Company ("C-Y Defendants") respectfully notify the Court, pursuant to Local Civil Rule 7.1(h), of the opinion filed June 8, 2018, by the U.S. District Court for the Eastern District of Virginia, *U.S. ex rel. Bachert v. Triple Canopy, Inc.*, No. 1:16-cv-4562018, U.S. Dist. LEXIS 103198 (E.D. Va. June 8, 2018). This subsequently decided authority relates to C-Y Defendants' Motion for Summary Judgment [D.E. 227].

This the 26th day of July 2018.

    /s/ D.J. O'Brien III
Kearns Davis
kdavis@brookspierce.com
N.C. State Bar No. 22014
D.J. O'Brien III
dobrien@brookspierce.com
N.C. State Bar No. 35481

BROOKS, PIERCE, MCLENDON,
HUMPHREY & LEONARD, LLP
1700 Wells Fargo Capitol Center
150 Fayetteville Street
Raleigh, NC 27601
Tel. (919) 839-0300
Fax (919) 839-0304

*Attorneys for Defendant
Caddell Construction Company, Inc.*

    /s/ Nathan A. Huff
Nathan A. Huff
nathan.huff@phelps.com
N.C. State Bar No. 40626
Phelps Dunbar LLP
4140 ParkLake Avenue, Suite 100
Raleigh, NC 27612
Tel. (919) 789-5307
Fax (919) 789-5301

Frank W. Trapp
frank.trapp@phelps.com
Phelps Dunbar LLP
4270 I-55 North
Jackson, MS 39211
Tel. (610) 360-9333
Fax (601) 360-9777

A. Brian Albritton
brian.albritton@phelps.com
Phelps Dunbar LLP
100 S. Ashley Dr., Suite 1900
Tampa, FL 33602
Tel. (813) 472-7550
Fax (813) 472-7570

*Attorneys for Defendant*
*W.G. Yates & Sons Construction Company*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will notify the following CM/ECF users of such filing:

Charles H. Rabon, Jr.
crabon@usfraudattorneys.com

Joel Androphy
JAndrophy@bafirm.com

Sarah Frazier
SFrazier@bafirm.com

Rachel L. Grier
RGrier@bafirm.com

James A. Roberts, III
jimroberts@lewis-roberts.com

*Attorneys for Plaintiff-Relator*

Frank W. Trapp
frank.trapp@phelps.com

Nathan A. Huff
nathan.huff@phelps.com

A. Brian Albritton
brian.albritton@phelps.com

*Attorneys for Defendant
W.G. Yates & Sons
Construction Company*

The undersigned further certifies he served a copy of the foregoing document by placing the same in United States Mail, prepaid postage affixed, addressed as follows:

Julian Marie Breslow
No. 58391-056
Alderson - F.P.C.
Glen Ray Rd. - Box A
Alderson, WV 24910

This the 26th day of July 2018.

/s/ D.J. O'Brien III
D.J. O'Brien III