| | |
|---|---|
| United States ex rel. RICKEY HOWARD )<br>Plaintiff, )<br>)<br>v. )<br>)<br>CADDELL CONSTRUCTION COMPANY )<br>INC, an Alabama Corporation; W.G. )<br>YATES & SONS CONSTRUCTION )<br>COMPANY, a Mississippi Corporation; )<br>JULIAN MARIE BRESLOW and DAVID )<br>J. VALDINI & ASSOCIATES P.A. a )<br>Florida Professional Association )<br>Defendants. ) | **AMENDED JUDGMENT**<br>No. 7:11-CV-270-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the defendants', Caddell Construction Company, Inc. and W.G. Yates & Sons Construction Company, motion for summary judgment.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered March 30, 2021, and for the reasons set forth more specifically therein, that defendants', Caddell Construction Company, Inc. and W.G. Yates & Sons Construction Company, motion for summary judgment is GRANTED.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered March 30, 2021, with no response having been filed, that defendants Julian Marie Breslow and David J. Valdini & Associates, PA are DISMISSED without prejudice.

**This Amended Judgment Filed and Entered on April 23, 2021, and Copies To:**
Charles H. Rabon, Jr. / Gary W. Jackson / James A. Roberts, III / Daniel James Finegan / Joel Androphy / Rachel L. Grier / Sarah M. Frazier  (via CM/ECF Notice of Electronic Filing)
D. J. O'Brien, III / Kearns Davis / Nathan Andrew Huff / Frank W. Trapp / A. Brian Albritton (via CM/ECF Notice of Electronic Filing)
Julian Marie Breslow (via US mail) 58391-056, Alderson - FPC, Glen Ray Road, Box A, Alderson, WV 24910
Andrew A. Steinberg / Joshua B. Royster / Nel Fowler (via CM/ECF Notice of Electronic Filing)

April 23, 2021　　　　　　　　　PETER A. MOORE, JR., CLERK

　　　　　　　　　　　　　　　　　　/s/ Sandra K. Collins
　　　　　　　　　　　　　　　　(By) Sandra K. Collins, Deputy Clerk